**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| America's Gardening Resource, Inc., *et al.,* | Case No. 25-11180 (BLS) |
| Debtors. | (Jointly Administered) |

**SCHEDULES OF ASSETS AND LIABILITIES FOR
INNOVATIVE GARDENING SOLUTIONS, INC.**

**CASE NO. 25-11184**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| America's Gardening Resource, Inc., *et al.*, | Case No. 25-11180 (BLS) |
| Debtors.[1] | (Jointly Administered) |

**GLOBAL NOTES, METHODOLOGY AND SPECIFIC DISCLOSURES
PERTAINING TO SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS**

On June 20, 2025 (the "Petition Date"), the debtors and debtors in possession (each a "Debtor", and, collectively, the "Debtors") each filed a petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§101-1532 (the "Bankruptcy Code") commencing the above-captioned bankruptcy cases (the "Chapter 11 Cases"). The Debtors, with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities ("Schedules") and Statements of Financial Affairs (the "Statements", and, together with the Schedules, the "Schedules and Statements") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), pursuant to section 521 of the Bankruptcy Code and Rule 1007 of the Federal Rules of the Bankruptcy Procedure (the "Bankruptcy Rules").

These Global Notes, Methodology, and Specific Disclosures Pertaining to Schedules and Statements of Financial Affairs (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of each Debtor's Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of each Debtor (whether publicly filed or otherwise). Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment and reflect the Debtors' reasonable efforts to report the assets and liabilities. Importantly, the Debtors only prepare and maintain consolidated financial statements for the five (5) companies, and have done so for many years. Consequently, the Debtors were not able to attribute the assets and liabilities to each particular Debtor entity in the short amount of time allowed in these cases. Moreover, the Debtors believe that it is prohibitively expensive, burdensome, and an inefficient use of estate assets for the Debtors and their professionals to attempt to de-consolidate the books in order to separately complete the Schedules and Statements for each Debtor. Given that the Debtors intend to close

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: America's Gardening Resource, Inc. (9604); Gardener's Home LLC (0498); IGH, Inc. (9336); Serac Corporation (9800); Innovative Gardening Solutions, Inc. (3325). The location of the Debtors' corporate headquarters and the Debtors' service address in these chapter 11 cases is 128 Intervale Road, Burlington, Vermont 05401.

the sale of substantially all of their assets to their stalking horse bidder on or before August 6, 2025 (a mere 19 days away) consistent with the Interim Cash Collateral Order and Bid Procedures Order entered in the cases, and then diligently file a liquidating plan which will seek substantive consolidation of all five (5) estates, there is no benefit to the Debtors, creditors and estates in de-consolidating the financial records.[2] To the extent the Court disagrees with this approach, the Debtors reserve all rights to supplement and amend the Schedules and Statements in this regard, including with respect to reallocation of assets or liabilities to any particular entity.

Given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date or at any time before the Petition Date. Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent as of the Petition Date or any time before the Petition Date.

Although the Debtors' management has made reasonable efforts to ensure that the Schedules and Statements are accurate and complete based on information that was available to them at the time of preparation, subsequent information or discovery of inadvertent errors or omission may result in material changes to the Schedules and Statements. The information provided herein, except as otherwise noted, is as of the Petition Date. Subsequent receipt of information or an audit may result in material changes in financial data requiring amendment of the Schedules and Statements. Accordingly, the Schedules and Statements remain subject to further review and verification by the Debtors. The Debtors reserve their right to amend the Schedules and Statements from time to time as may be necessary or appropriate.

The Debtors and their officers, employees, agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided in the Schedules and Statements and shall not be liable for any loss or injury arising out of or caused in whole or in party by the acts, omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained in the Schedules and Statements. Except as expressly required by the Bankruptcy Code, the Debtors and their officers, employees, agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided in the Schedules and Statements or to notify any third party should the information be updated, modified, revised, or re-categorized. The Debtors, on behalf of themselves, their officers, employees, agents, and advisors disclaim any liability to any third party arising out of or related to the information contained in the Schedules and Statements and reserve all rights with respect thereto.

David M. Baker, in his capacity as Chief Restructuring Officer of the Debtors, has signed each of the Schedules and Statements. In reviewing and signing the Schedules and Statements, Mr. Baker has relied upon the efforts, statements and representation of various personnel employed by the Debtors. Mr. Baker has not (and could not have) personally verified the accuracy of each such statement and representation contained in the Schedules and Statements, including, for example, statements and representations concerning amounts owed to creditors.

---

[2] The Official Committee of Unsecured Creditors does not object to the Debtors' approach, but it reserves all of its rights with respect to substantive consolidation under a plan.

The Global Notes are in addition to any specific notes contained in each Debtor's Schedules and Statements. The fact that the Debtors have prepared Global Notes or specific notes with respect to any information in the Schedules and Statements and not to other information in the Schedules and Statements should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Notes or specific notes to any of the Debtors' remaining Schedules and Statements, as appropriate.

Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

## Global Notes and Overview Methodology

1.    Reservation of Rights.   Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omission may exist. The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to any claim ("Claim") description, designation, or Debtor against which the Claim is asserted; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim.   Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' Chapter 11 Cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provision of chapter 5 of the Bankruptcy Code, and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

The listing in the Schedules or Statements (including, without limitation, Schedule A/B, Schedule E/F or Statement 4) by the Debtors of any obligation between a Debtor and another Debtor or a non-Debtor foreign affiliates is a statement of what appears in a particular Debtor's books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court. The Debtors reserve all right with respect to such obligations.

2.    Description of Cases and "as of" Information Date.   Each Debtor filed its case on the Petition Date. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to section 1107(a) and 1108 of the Bankruptcy Code. The Chapter 11 Cases are being jointly administered for procedural purposes only. The asset information provided in their Schedules and Statements, except as otherwise noted, represents the asset data for the Debtors as of June 20, 2025, and the liability information provided herein, except as otherwise noted, represents the liability data of the Debtors as of June 20, 2025. With respect to

certain items on the Schedules and Statements, information is not yet available as of June 20, 2025. For such items, a prior date was used, as identified herein.

3.    <u>Net Book Value of Assets</u>.    It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations for all of their assets.  Accordingly, unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values as of June 20, 2025, in the Debtors' books and records unless a different date is identified herein.  Additionally, because the book values of certain assets may materially differ from their fair market values, they may be listed as undetermined or unknown amounts as of the Petition Date.  Furthermore, as applicable, assets that have been fully depreciated or were expensed for accounting purposes may not appears in the Schedules and Statements if they have no net book value.

4.    <u>Recharacterization</u>.  Notwithstanding the Debtors' reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may, nevertheless, have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' businesses.  Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additionally information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired post-petition.

5.    <u>Excluded Assets and Liabilities</u>.  The Debtors have sought to allocate liabilities between prepetition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.  The allocation of liabilities between the prepetition and post-petition periods may change as additional information becomes available and further research is conducted.  Accordingly, the Debtors reserve all of their rights to amend, supplement or otherwise modify the Schedules and Statements as is necessary and appropriate.

The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, without limitation, certain employee obligations.  In addition, certain immaterial assets and liabilities may have been excluded.

The Bankruptcy Court has authorized the Debtors to pay, in their discretion, certain outstanding Claims on a post-petition basis.  To the extent the Debtors pay any of the Claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend and supplement the Schedules and Statements and take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payment of such liabilities.

6.    <u>Insiders</u>.  Person or entities listed as "insiders" have been included for informational purposes only and their including shall not constitute an admission that those entities are insiders for purposes of section 101(31) of the Bankruptcy Code.  The Debtors do not take any position with respect to: (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an

"insider" under applicable law, including the federal securities laws, or with respect to any theories of liability or for any other purpose.

7.  <u>Intercompany and Foreign Affiliate Transactions</u>.  The Debtors record certain intercompany receivables and payables among the Debtors which are reported on Schedule A/B and Schedule E/F per the Debtors' books and records.  The listing of any amounts with respect to such receivables and payables is not, and should not be construed as, an admission of the characterization of such balances as debt, equity, or otherwise.

8.  <u>Executory Contracts and Unexpired Leases</u>.  Although the Debtors made diligent attempts to attribute executory contracts and unexpired leases to their rightful Debtors, in certain instances, the Debtors may have inadvertently failed to do so.  Accordingly, the Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.

Certain of the executory contracts listed on Schedule G may have expired or discontinued prior to the Petition Date.  The listing of any executory contract on Schedule G does not amount to any legal determination that the contract is indeed executory within the meaning of section 365 of the Bankruptcy Code and the Debtors reserve all rights to contest the classification of such contracts.

9.  <u>Classification</u>.  Listing a Claim or contract on (a) Schedule E/F part 1 as "priority," (b) Schedule E/F part 2 as "unsecured," or (c) Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the Claimant, or a waiver of the Debtors' rights to recharacterize or reclassify such Claims or contracts or leases or to exercise their rights to setoff against such Claims.

10.  <u>Claims Description</u>.  Schedule E/F permits each Debtor to designate a Claim as "disputed," "contingent," and/or "unliquidated."  Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection.  The Debtors reserve all of the rights to dispute, or assert offsets or defenses to, any claim reflected on their respective Schedules and Statements on any grounds, including, without limitation, liability or classification.  Additionally, the Debtors expressly reserve all their rights to subsequently designate such claims as "disputed," "contingent," or "unliquidated."  Moreover, listed a Claim does not constitute an admission of liability by the Debtors.

11.  <u>Causes of Action</u>.  Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in the Schedules and Statements, including, without limitation, causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoidable transfers.  The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertible directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort,

69614/0003-51016541v1

in law, or in equity, or pursuant to any other theory of law (collectively, the "Causes of Action") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

12.     Summary of Significant Reporting Policies.     The following is a summary of significant reporting policies:

   a.   Undetermined Amounts.   The description of an amount as "unknown," or "undetermined" is not intended to reflect upon the materiality of such amount.

   b.   Totals.   All totals that are included in the Schedules and Statements represent totals of known amounts.   To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

   c.   Paid Claims.   The Debtors have the authority to pay certain outstanding prepetition payables pursuant to various Bankruptcy Court orders.   To the extent the Debtors pay any of the liabilities listed in the Schedules pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all of their rights to amend or supplement the Schedules or take other action as is necessary and appropriate to avoid the over-payment of or duplicative payments for any such liabilities.

   d.   Currency.   Unless otherwise indicated, all amounts are reflected in U.S. dollars.

13.     Estimates and Assumptions.   To close the books and records of the Debtors as of the Petition Date and to prepare such information on a legal entity basis, the Debtors were required to make estimates, allocations, and assumptions that affect the reported amounts of assets, liabilities, revenue, and expenses as of the Petition Date.   The Debtors reserve all rights, but shall not be required, to amend the reported amounts of assets, revenue, and expenses to reflect changes in those estimates and assumptions.

14.     Credits and Adjustments.   The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors.   The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including, without limitation, the right to assert claims objections and/or setoffs with respect to the same.

15.     Setoffs.   The Debtors incur certain offsets and other similar rights during the ordinary course of business.   Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, pricing discrepancies, returns, refunds, warranties, debit memos, credits, and other disputes between the Debtors and their supplies and/or customers.   These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately.   Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are or may be excluded from the Debtors' Schedules and Statements.

## Specific Disclosures with Respect to the Debtors' Schedules

16.      Schedule A/B.  As discussed above, the values shown are consolidated figures for all five (5) Debtors.

17.      Schedule E/F Part 1.  The listing of a claim on Schedule E/F part 1 does not constitute an admission by the Debtors that such claim or any portion thereof is entitled to priority treatment under section 507 of the Bankruptcy Code.

18.      Schedule E/F Part 2.  The Debtors have used reasonable efforts to report all general unsecured Claims against the Debtors on Schedule E/F part 2, based upon the Debtors' books and records as of the Petition Date.

19.      Schedule G.  Although the Debtors have made diligent attempts to properly identify executory contracts and unexpired leases, the inclusion of a contract or lease on Schedule G does not constitute an admission as to the executory or unexpired nature (or non-executory or expired nature) of the contract or lease, or an admission as to the existence or validity of any Claims held by the any counterparty to such contract or lease.  Furthermore, while the Debtors have made diligent attempts to properly identify all executory contracts and unexpired leases, inadvertent errors, omissions, or over inclusion may have occurred.

The contracts, agreements, and leases listed on Schedule G may have been expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents.  Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their businesses, such as subordination, nondisturbance, and attornment agreements, supplemental agreements, settlement agreements, amendments/letter agreements, tittle agreements and confidentiality agreements.  Such documents may not be set forth on Schedule G.  Certain of the executory agreements may not have been memorialized and could be subject to dispute.  Executory agreements that are oral in nature have not been included on Schedule G.

The Debtors reserve all of their rights, Claims and causes of action with respect to the contracts listed on Schedule G, including the right to dispute or challenge the characterization of the structure of any transaction or any document or instrument related to a creditor's Claim.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease.  The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.  Schedule G may be amended at any time to add any omitted contract, agreement, or lease.

The listing of any contract on Schedule G does not constitute an admission by the Debtors as to the validity of any such contract or that such contract is an executory contract or unexpired

69614/0003-51016541v1

lease.  The Debtors reserve all of their rights to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

### Specific Disclosures with Respect to the Debtors' Statements

20.    The Statement shows amounts as of the Petition Date for CH Robinson and UPS, but the amounts are no longer outstanding because they were paid pursuant to the Interim and Final Shippers' Order, and Cash Collateral Orders entered in the cases.

21.    <u>Statement 3</u>.  Statement 3 includes any disbursement or other transfer made by the Debtors within 90 days before the Petition Date except for those made to insiders (which payments appear in response to Statement question 4), employees, and bankruptcy professionals (which payments appear in Statement 11 and include any retainers paid to bankruptcy professionals).  All disbursements listed on Statement 3 are made though the Debtors' cash management system.  Additionally, all disbursement information reported in Statement 3 for a specific Debtor pertains to the bank accounts maintained by that Debtor.

22.    <u>Statement 4</u>.  Statement 4 accounts for Debtors' transfers to insiders as of the Petition Date.  With respect to individuals, the amounts listed reflect the universe of payments and transfers to such individuals including compensation, bonus (if any), expense reimbursement, relocation reimbursement, and/or severance.  With respect to the business entities, the amounts listed reflect that universe of payments and transfers to such entities, including payments for advisory services, consulting services and/or other fees.

23.    <u>Statement 11</u>.  Out of an abundance of caution, the Debtors have included payments to all professionals who have rendered any advice related to the Debtors' bankruptcy proceedings in Statement 11.  However, it is possible that the disclosed fees also relate to other, non-bankruptcy related services, and may include services rendered to other parties.

24.    <u>Statement 25</u>.  The Debtors have used their reasonable efforts to provide a listing of other businesses in which equity interest are or were held by the Debtors.

25.    <u>Statement 30</u>.  Unless otherwise indicated in a Debtor's specific response to Statement 30, the Debtors have included a comprehensive response to Statement 30 in Statement 4.

69614/0003-51016541v1

**Fill in this information to identify the case:**

Debtor name    **America's Gardening Resource, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **25-11180**

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:    Summary of Assets

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

1a. **Real property:**
Copy line 88 from *Schedule A/B*................................................................    $    **6,095,000.00**

1b. **Total personal property:**
Copy line 91A from *Schedule A/B*............................................................    $    **19,500,814.04**

1c. **Total of all property:**
Copy line 92 from *Schedule A/B*...............................................................    $    **25,595,814.04**

### Part 2:    Summary of Liabilities

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $    **8,357,432.12**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $    **0.00**

3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................    +$    **7,316,129.96**

4.    Total liabilities ................................................................................
Lines 2 + 3a + 3b    $    **15,673,562.08**

| Fill in this information to identify the case: |
| --- |
| Debtor name    **Innovative Gardening Solutions, Inc.** |
| United States Bankruptcy Court for the:    DISTRICT OF DELAWARE |
| Case number (if known)    **25-11184** |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |
| **2.** | **Cash on hand** | | **$0.00** |

**3.** **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Bank of America** | **Main Checking** | **5998** | **$2,013,157.55** |
| 3.2. | **Bank of America** | **checking account for GSC Retail Hadley MA store deposits** | **7364** | **$0.00** |
| 3.3. | **Bank of America** | **checking account for GSC Retail Greenland store deposits** | **0338** | **$0.00** |
| 3.4. | **Mascoma Bank** | **deposit account for Lebanon store** | **3782** | **$46,947.38** |
| 3.5. | **Northfield Savings Bank** | **local deposit account for Gardener's Supply** | **4385** | **$1,175,715.99** |
| 3.6. | **Northfield Savings Bank** | **deposit account for Williston VT store** | **4377** | **$0.00** |

Debtor   **Innovative Gardening Solutions, Inc.**                              Case number *(If known)* **25-11184**
Name

| | | | | |
|---|---|---|---|---|
| 3.7. | **Northfield Savings Bank** | **deposit account for Burlington VT store** | **4369** | **$0.00** |
| 3.8. | **Northfield Savings Bank** | **deposit/checking account for SERAC, AP checks for Serac** | **4351** | **$0.00** |
| 3.9. | **Northfield Savings Bank** | **deposit/checking account for GHome LLC** | **4344** | **$0.00** |
| 3.10. | **Northfield Savings Bank** | **deposit account for Shelburne Rd VT store** | **6103** | **$0.00** |
| 3.11. | **Northfield Savings Bank** | **Employee Stock Ownership Plan** | **5123** | **$24,664.49** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

      **$3,260,485.41**

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **M.A.I.L. INC (outside catalog mailer)** | **$6,000.00** |
| 7.2. | **BERKSHIRE GAS CO (util deposit 9/28/23)** | **$2,350.71** |
| 7.3. | **COMMONWEALTH HOLDING (ins deposit Oct 2019) (W.COMP collateral fund)** | **$60,411.00** |
| 7.4. | **TELEPHONE** | **$1,000.00** |
| 7.5. | **BRYCE REALTY - RENT SERAC** | **$10,017.00** |

Debtor  **Innovative Gardening Solutions, Inc.**                          Case number *(If known)*  **25-11184**
Name

| 7.6. | **BRYCE REALTY - RENT SERAC (RENT INCR)** | $1,025.00 |

| 7.7. | **GREEN MTN POWER** | $1,170.00 |

| 7.8. | **BRAINTREE (cc processor) RESERVE $210k** | $210,000.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1. | **Prepaid rent, insurance and sales tax** | $141,491.00 |

| 8.2. | **Prepaid software contracts** | $426,689.00 |

| 8.3. | **Prepaid inventory** | $331,316.00 |

9. **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

$1,191,469.71

**Part 3:**  **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| 11a. 90 days old or less: | **234,952.89** | - | **0.00** | = .... | $234,952.89 |
| | *face amount* | | *doubtful or uncollectible accounts* | | |

| 11a. 90 days old or less: | **141,765.98** | - | **0.00** | = .... | $141,765.98 |
| | *face amount* | | *doubtful or uncollectible accounts* | | |

| 11a. 90 days old or less: | **16,646.48** | - | **0.00** | = .... | $16,646.48 |
| | *face amount* | | *doubtful or uncollectible accounts* | | |

| 11a. 90 days old or less: | **395,535.43** | - | **0.00** | = .... | $395,535.43 |
| | *face amount* | | *doubtful or uncollectible accounts* | | |

Debtor  **Innovative Gardening Solutions, Inc.**                Case number *(If known)* **25-11184**
        Name

11a. 90 days old or less:          72,056.53         -                    0.00   = ....                    $72,056.53
                            face amount                     doubtful or uncollectible accounts

11a. 90 days old or less:          36,462.98         -                    0.00   = ....                    $36,462.98
                            face amount                     doubtful or uncollectible accounts

11b. Over 90 days old:             29,477.74         -              10,000.00   =....                      $19,477.74
                            face amount                     doubtful or uncollectible accounts

12.  **Total of Part 3.**                                                                          $916,898.03
     Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** <br> **Raw materials** | **See GSC Stock Ledger** | **$0.00** | | **$983,904.70** |
| 20.  **Work in progress** <br> **WIP (ESTIMATED)** | **See GSC Stock Ledger** | **$0.00** | | **$102,190.20** |
| 21.  **Finished goods, including goods held for resale** <br> **Finished goods** | **See GSC Stock Ledger** | **$0.00** | | **$6,815,305.21** |

22.  **Other inventory or supplies**

23.  **Total of Part 5.**                                                                           $7,901,400.11
     Add lines 19 through 22.  Copy the total to line 84.

24.  **Is any of the property listed in Part 5 perishable?**
     ■ No
     ☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

Debtor **Innovative Gardening Solutions, Inc.**               Case number *(if known)* **25-11184**
Name

☐ No
■ Yes. Book value          0.00    Valuation method _____          Current Value          0.00

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture**<br>**Office furniture + fixtures**<br>**AGR FFE - $1,443,726.00**<br>**STORE FFE - $1,756,736.00** | **$3,202,829.78** | | **$3,202,829.78** |
| 40.   **Office fixtures** | | | |
| 41.   **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.   **Total of Part 7.**
      Add lines 39 through 42.  Copy the total to line 86.          | **$3,202,829.78** |

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
      ☐ No
      ■ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |

Debtor  **Innovative Gardening Solutions, Inc.**          Case number *(If known)* **25-11184**
_____
Name

48.     **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
        floating homes, personal watercraft, and fishing vessels

49.     **Aircraft and accessories**

50.     **Other machinery, fixtures, and equipment (excluding farm
        machinery and equipment)**
        **AGR M&E**                          **$194,194.00**                          **$194,194.00**

        **Serac M&E**                        **$82,927.00**                           **$82,927.00**

51.     **Total of Part 8.**                                                    | **$277,121.00** |
        Add lines 47 through 50.  Copy the total to line 87.

52.     **Is a depreciation schedule available for any of the property listed in Part 8?**
        ☐ No
        ■ Yes

53.     **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

| Part 9: | Real property |
| --- | --- |

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ■ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1. **128 Intervale Road Burlington, VT 05401** | **Own** | **$0.00** | | **$6,095,000.00** |

56.     **Total of Part 9.**                                                    | **$6,095,000.00** |
        Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
        Copy the total to line 88.

57.     **Is a depreciation schedule available for any of the property listed in Part 9?**
        ■ No
        ☐ Yes

58.     **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

| Part 10: | Intangibles and intellectual property |
| --- | --- |

Debtor    **Innovative Gardening Solutions, Inc.**                        Case number *(If known)* **25-11184**
          <sub>Name</sub>

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** | | | |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | |
| **Lebanon Retail Store** | **$758,380.00** | | **$758,380.00** |
| **Hadley Retail Store** | **$1,517,895.00** | | **$1,517,895.00** |
| **Greenland Retail Store** | **$474,335.00** | | **$474,335.00** |

66.   **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.          **$2,750,610.00**

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Innovative Gardening Solutions, Inc.**                     Case number *(If known)* **25-11184**
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $3,260,485.41 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,191,469.71 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $916,898.03 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $7,901,400.11 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,202,829.78 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $277,121.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ...........................> | | $6,095,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $2,750,610.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $19,500,814.04 | + 91b. $6,095,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $25,595,814.04 |

**Fill in this information to identify the case:**

Debtor name __**Innovative Gardening Solutions, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF DELAWARE__

Case number (if known) __**25-11184**__

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|
| 2.1 | **Bank of America Leasing & Capital**<br>Creditor's Name<br><br>**3400 Pawtucket Ave**<br>**Riverside, RI 02915**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**blanket lien on all assets; second lien on HQ bldg**<br><br>**Describe the lien** | | $614,568.09 | $3,479,951.00 |

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**
**1/27/2023**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**1020**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | | |
|---|---|---|---|---|
| 2.2 | **Bank of America Leasing & Capital**<br>Creditor's Name<br><br>**3400 Pawtucket Ave**<br>**Riverside, RI 02915**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**blanket lien on all assets; second lien on HQ bldg**<br><br>**Describe the lien** | $4,400,000.00 | $5,752,780.00 |

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**
**6/30/2020**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**3010**

| Debtor | **Innovative Gardening Solutions, Inc.** | Case number *(if known)* | **25-11184** |
|---|---|---|---|
| | Name | | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Northfield Savings Bank** | **Describe debtor's property that is subject to a lien** | **$409,270.26** | **$6,095,000.00** |
|---|---|---|---|---|
| | Creditor's Name | **first lien on HQ bldg; second lien on all assets** | | |
| | **116 Church St** **Burlington, VT 05401** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | **12/19/2023** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **4010** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

---

| 2.4 | **Northfield Savings Bank** | **Describe debtor's property that is subject to a lien** | **$1,094,295.29** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | **first lien on HQ bldg; second lien on all assets** | | |
| | **116 Church St** **Burlington, VT 05401** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | **12/21/2017** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **4020** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

---

| 2.5 | **Northfield Savings Bank** | **Describe debtor's property that is subject to a lien** | **$790,354.19** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | **first lien on HQ bldg; second lien on all assets** | | |
| | **116 Church St** **Burlington, VT 05401** | | | |
| | Creditor's mailing address | **Describe the lien** | | |

Debtor    **Innovative Gardening Solutions, Inc.**                          Case number (if known)    **25-11184**
          Name

_____          Is the creditor an insider or related party?
Creditor's email address, if known        ■ No
                                          ☐ Yes
                                          Is anyone else liable on this claim?
**Date debt was incurred**                ■ No
**12/21/2017**                            ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**4025**
**Do multiple creditors have an**         As of the petition filing date, the claim is:
**interest in the same property?**        Check all that apply
■ No                                      ☐ Contingent
☐ Yes. Specify each creditor,             ☐ Unliquidated
including this creditor and its           ☐ Disputed
relative priority.

---

| 2.6 | **Northfield Savings Bank** | Describe debtor's property that is subject to a lien | $449,397.98 | Unknown |

          Creditor's Name                 **first lien on HQ bldg; second lien on all**
                                          **assets**
    **116 Church St**
    **Burlington, VT 05401**
          Creditor's mailing address      Describe the lien
                                          _____

_____          Is the creditor an insider or related party?
Creditor's email address, if known        ■ No
                                          ☐ Yes
                                          Is anyone else liable on this claim?
**Date debt was incurred**                ■ No
**4/26/2024**                             ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**4036**
**Do multiple creditors have an**         As of the petition filing date, the claim is:
**interest in the same property?**        Check all that apply
■ No                                      ☐ Contingent
☐ Yes. Specify each creditor,             ☐ Unliquidated
including this creditor and its           ☐ Disputed
relative priority.

---

| 2.7 | **Northfield Savings Bank** | Describe debtor's property that is subject to a lien | $399,633.97 | Unknown |

          Creditor's Name                 **first lien on HQ bldg; second lien on all**
                                          **assets**
    **116 Church Street**
    **Burlington, VT 05401**
          Creditor's mailing address      Describe the lien
                                          _____

_____          Is the creditor an insider or related party?
Creditor's email address, if known        ■ No
                                          ☐ Yes
                                          Is anyone else liable on this claim?
**Date debt was incurred**                ■ No
**2/5/2020**                              ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**4038**
**Do multiple creditors have an**         As of the petition filing date, the claim is:
**interest in the same property?**        Check all that apply
■ No                                      ☐ Contingent
☐ Yes. Specify each creditor,             ☐ Unliquidated
including this creditor and its relative  ☐ Disputed
priority.

---

Debtor  **Innovative Gardening Solutions, Inc.**
 _____
 Name

Case number (if known)  **25-11184**

| 2.8 | **Richard Simpson** |
|-----|---------------------|

Creditor's Name

**40 Martine Cottage Rd
Portsmouth, NH 03801**

Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred
3/15/2023**

**Last 4 digits of account number
4050**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**third lien on equipment and inventory in 1 retail location (Greenland)**

$199,912.34          Unknown

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $8,357,432.12

| Part 2: | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---------|-------------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|-------------------|-----------------------------------------------------------|------------------------------------------------|
|                   |                                                           |                                                |

**Fill in this information to identify the case:**

Debtor name   **Innovative Gardening Solutions, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   **25-11184**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,750.55 |
|---|---|---|---|

**3.1**

**Nonpriority creditor's name and mailing address**
A BROWN  SONS NURSERY INC
PO BOX 427
11506 ROUTE 49
Phillipsburg, OH 45354

Date(s) debt was incurred  2025

Last 4 digits of account number  7715

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$32,750.55**

---

**3.2**

**Nonpriority creditor's name and mailing address**
ACORN FARMS
7679 WORTHINGTON ROAD
Galena, OH 43021

Date(s) debt was incurred  2025

Last 4 digits of account number  8338

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$37,198.75**

---

**3.3**

**Nonpriority creditor's name and mailing address**
ADVANCED MATERIAL GEORGIA LLC
4523 Zola Dr
Evans, GA 30809-3264

Date(s) debt was incurred  2025

Last 4 digits of account number  3423

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$2,078.40**

---

**3.4**

**Nonpriority creditor's name and mailing address**
ALPHA ELEVATOR COMPANY
87 State St
Unit 1278
Montpelier, VT 05601-8020

Date(s) debt was incurred  2025

Last 4 digits of account number  2896

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$459.05**

---

| Debtor | **Innovative Gardening Solutions, Inc.** | Case number *(if known)* | **25-11184** |
|---|---|---|---|
| | Name | | |

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,427.91** |
|---|---|---|---|

**AMERICAN LAWN MOWER CO**
**7444 Shadeland Station Way**
**PO BOX 369**
**Indianapolis, IN 46256**

Date(s) debt was incurred **2025**

Last 4 digits of account number **0746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,879.60** |
|---|---|---|---|

**AMERICAN NETTINGS AND FABRIC**
**2684 Delta Ring Rd**
**Ferndale, WA 98248**

Date(s) debt was incurred **2025**

Last 4 digits of account number **4744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,782.35** |
|---|---|---|---|

**APOLLO EXPORTS INTERNATIONAL**
**30 Quarry Ridge Road**
**Barrie ON L4M 7G1**
**Canada**

Date(s) debt was incurred **2025**

Last 4 digits of account number **5040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,519.93** |
|---|---|---|---|

**ARBICO ORGANICS**
**10831 N.MAVINEE DR**
**SUITE 185**
**Tucson, AZ 85737**

Date(s) debt was incurred **2025**

Last 4 digits of account number **0983**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$195,199.94** |
|---|---|---|---|

**ARETT SALES CORP**
**9285 Commerce Hwy**
**Pennsauken, NJ 08110-1201**

Date(s) debt was incurred **2025**

Last 4 digits of account number **6081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,075.00** |
|---|---|---|---|

**ARGUS TRANSPORT CANADA**
**1115 ST-AMOUR VILLE**
**Saint-Laurent QC H4S1T4**
**Canada**

Date(s) debt was incurred **2025**

Last 4 digits of account number **0105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,296.71** |
|---|---|---|---|

**ARIS HORTICULTURE INC**
**PO BOX 1236**
**Butler, PA 16003**

Date(s) debt was incurred **2025**

Last 4 digits of account number **8767**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Innovative Gardening Solutions, Inc.**    Case number (*if known*)    **25-11184**
_____
Name

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,283.89** |
|---|---|---|---|

**ARROWHEAD BRASS  PLUMBING LLC**
**5147 ALHAMBRA AVENUE**
**Los Angeles, CA 90032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:** **Vendor**

Last 4 digits of account number  **0109**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,175.00** |
|---|---|---|---|

**AS SEEN ON PC INC - TOUCH OF ECO**
**25 Walls Dr**
**Ste 1C**
**Fairfield, CT 06824-5156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:** **Vendor**

Last 4 digits of account number  **2138**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,961.86** |
|---|---|---|---|

**ATG LEBANON, LLC**
**411 Hartford Tpke**
**Shrewsbury, MA 01545-4002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:** **Vendor**

Last 4 digits of account number  **2397**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**ATIS ELEVATOR INSPECTIONS, LLC**
**PO Box 790379**
**Saint Louis, MO 63179-0379**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:** **Vendor**

Last 4 digits of account number  **3568**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,267.00** |
|---|---|---|---|

**AURORA FARMS**
**PO Box 235**
**Charlotte, VT 05445-0235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:** **Vendor**

Last 4 digits of account number  **7038**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,764.60** |
|---|---|---|---|

**AYERS SUPPLY INC (EVERLAST)**
**2036 NEWTON RANSOM BLVD**
**Clarks Summit, PA 18411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:** **Vendor**

Last 4 digits of account number  **1331**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,514.99** |
|---|---|---|---|

**BACKYARD NATURE PRODUCTS**
**477 VOGT LANE**
**Chilton, WI 53014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:** **Vendor**

Last 4 digits of account number  **1658**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Innovative Gardening Solutions, Inc.** | Case number (if known) | **25-11184** |
|---|---|---|---|
| | Name | | |

---

**3.19**

**Nonpriority creditor's name and mailing address**
**BALL HORTICULTURAL COMPANY**
**75 REMITTANCE DR**
**STE 1114**
**Chicago, IL 60675**

Date(s) debt was incurred **2025**

Last 4 digits of account number **0350**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$41,284.61

---

**3.20**

**Nonpriority creditor's name and mailing address**
**Bank of America - Bank Card**
**PO Box 15731**
**Wilmington, DE 19886**

Date(s) debt was incurred __

Last 4 digits of account number **1925**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$127,691.77

---

**3.21**

**Nonpriority creditor's name and mailing address**
**BARE ROOTS FARM**
**PO Box 251**
**Worthington, MA 01098-0251**

Date(s) debt was incurred **2025**

Last 4 digits of account number **1988**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$27,030.00

---

**3.22**

**Nonpriority creditor's name and mailing address**
**BERKSHIRE GAS COMPANY**
**115 Cheshire Rd**
**Pittsfield, MA 01201-1803**

Date(s) debt was incurred **2025**

Last 4 digits of account number **2183**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$55.68

---

**3.23**

**Nonpriority creditor's name and mailing address**
**BFG SUPPLY CO LLC**
**14500 KINSMAN RD**
**Burton, OH 44021**

Date(s) debt was incurred **2025**

Last 4 digits of account number **0567**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$31,383.37

---

**3.24**

**Nonpriority creditor's name and mailing address**
**BIO GREEN USA INC**
**2881 BUSSE ROAD**
**Elk Grove Village, IL 60007**

Date(s) debt was incurred **2025**

Last 4 digits of account number **1655**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$1,104.00

---

**3.25**

**Nonpriority creditor's name and mailing address**
**BIOLOGIC RESOURCES INC**
**PO BOX 22815**
**Milwaukie, OR 97269**

Date(s) debt was incurred **2025**

Last 4 digits of account number **2405**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$957.60

---

| Debtor | **Innovative Gardening Solutions, Inc.** | Case number (*if known*) | **25-11184** |
|---|---|---|---|
| | Name | | |

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,296.32 |
|---|---|---|---|

**BORDER CONCEPTS, INC**
**7621 LITTLE AVE**
**SUITE 426**
**Charlotte, NC 28226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

**Basis for the claim:** **Vendor**

Last 4 digits of account number **4245**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $18,960.44 |
|---|---|---|---|

**BOTANICAL INTERESTS**
**PO Box 25709**
**Pasadena, CA 91185-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

**Basis for the claim:** **Vendor**

Last 4 digits of account number **7078**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $22,680.80 |
|---|---|---|---|

**BRASSEX INDIA**
**NEAR OVERHEAD BRIDGE**
**RAMPUR ROAD**
**MORADABAD  U.P.  244001**
**India**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

**Basis for the claim:** **Vendor**

Last 4 digits of account number **5740**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $41,241.00 |
|---|---|---|---|

**BRAUN NURSERY LIMITED**
**PO BOX 160**
**MOUNT HOPE ON L0R1W0**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

**Basis for the claim:** **Vendor**

Last 4 digits of account number **7720**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $73,212.66 |
|---|---|---|---|

**BUCKEYE CORRUGATED, INC.**
**PO Box 412199**
**Boston, MA 02241-2199**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

**Basis for the claim:** **Vendor**

Last 4 digits of account number **4988**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,999.00 |
|---|---|---|---|

**BURGON & BALL LTD**
**LA PLATA WORKS**
**HOLME LANE**
**SHEFFIELD  SJ4JY**
**United Kingdom**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

**Basis for the claim:** **Vendor**

Last 4 digits of account number **3043**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,357.46 |
|---|---|---|---|

**BUSCH SYSTEMS INTL INC.**
**81 RAWSON ROAD**
**BARRIE ON L4N9A3**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

**Basis for the claim:** **Vendor**

Last 4 digits of account number **3087**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Innovative Gardening Solutions, Inc.** | Case number (if known) | **25-11184** |
|---|---|---|---|
| | Name | | |

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$47,121.04**

**C.H. ROBINSON WORLDWIDE CANADA LTD**
**PO BOX 9121**
**Minneapolis, MN 55480**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Basis for the claim: **Vendor**

Last 4 digits of account number **0257**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$204.00**

**CAMPANIA INTERNATIONAL INC**
**2452 QUAKERTOWN RD**
**SUITE 100**
**Pennsburg, PA 18073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Basis for the claim: **Vendor**

Last 4 digits of account number **0172**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,857.94**

**CANTERBURY HORTICULTURE**
**351 Brooklyn Rd**
**Canterbury, CT 06331-1154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Basis for the claim: **Vendor**

Last 4 digits of account number **1998**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00**

**CHARLIE NARDOZZI LLC**
**105 Pond Ln**
**North Ferrisburgh, VT 05473-5000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Basis for the claim: **Vendor**

Last 4 digits of account number **8337**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$147.75**

**CHAS. C. HART SEED CO.**
**304 Main St**
**Wethersfield, CT 06129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Basis for the claim: **Vendor**

Last 4 digits of account number **7107**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,113.74**

**CHIVE INC**
**837 QUEEN ST WEST**
**Toronto ON M6J 1G1**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Basis for the claim: **Vendor**

Last 4 digits of account number **8731**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$116,916.29**

**Cigna Global Health Benefits**
**13680 Collection Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **_**

Basis for the claim: **_**

Last 4 digits of account number **3485**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Innovative Gardening Solutions, Inc.** | Case number (*if known*) | **25-11184** |
|---|---|---|---|
| | Name | | |

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,781.00** |
|---|---|---|---|

**CITY OF LEBANON**
51 N Park St
Lebanon, NH 03766-1317

Date(s) debt was incurred **2025**

Last 4 digits of account number **1531**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$679.35** |
|---|---|---|---|

**CITY TIRE CO INC**
PO Box 2469
Springfield, MA 01101-2469

Date(s) debt was incurred **2025**

Last 4 digits of account number **8638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,761.56** |
|---|---|---|---|

**CLASSIC HOME GARDEN**
20 Waterview Dr
Shelton, CT 06484

Date(s) debt was incurred **2025**

Last 4 digits of account number **4164**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,693.30** |
|---|---|---|---|

**COAST OF MAINE**
145 Newbury St
Portland, ME 04101-4261

Date(s) debt was incurred **2025**

Last 4 digits of account number **7119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$127,783.87** |
|---|---|---|---|

**COLUMBIA CEDAR**
24419 NORTH HIGHWAY 395
Kettle Falls, WA 99141

Date(s) debt was incurred **2025**

Last 4 digits of account number **0204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,167.00** |
|---|---|---|---|

**Commonwealth- A Garnet captive Program**
KRP Managers LLC
PO Box 8414
Pasadena, CA 91109

Date(s) debt was incurred **2025**

Last 4 digits of account number **5493**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,410.00** |
|---|---|---|---|

**COMPOSTING WAREHOUSE INC**
74399 Highway 111
Ste D
Palm Desert, CA 92260

Date(s) debt was incurred **2025**

Last 4 digits of account number **0696**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Innovative Gardening Solutions, Inc.**                     Case number (if known)    **25-11184**

Name

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,200.00 |
|---|---|---|---|

**COPPER HUMMINGBIRD**
PO BOX 85817
Tucson, AZ 85754

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:**  **Vendor**

Last 4 digits of account number  **0691**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,955.40 |
|---|---|---|---|

**CROWN EQUIPMENT CORPORATION**
PO BOX 641173
Cincinnati, OH 45264

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:**  **Vendor**

Last 4 digits of account number  **8569**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,761.92 |
|---|---|---|---|

**CURTIS LUMBER**
315 Pine St
Burlington, VT 05401-4739

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:**  **Vendor**

Last 4 digits of account number  **0133**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,450.00 |
|---|---|---|---|

**D&L TRANSPORT, LLC**
PO Box 778927
Chicago, IL 60677-8927

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:**  **Vendor**

Last 4 digits of account number  **3549**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,322.30 |
|---|---|---|---|

**D.S. COLE GROWERS**
251 N Village Rd
Loudon, NH 03307-0908

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:**  **Vendor**

Last 4 digits of account number  **7144**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,420.50 |
|---|---|---|---|

**DAILY HAMPSHIRE GAZETTE**
PO Box 299
Northampton, MA 01061-0299

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:**  **Vendor**

Last 4 digits of account number  **2126**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,921.00 |
|---|---|---|---|

**DEER NO NO**
PO BOX 112
West Cornwall, CT 06796

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:**  **Vendor**

Last 4 digits of account number  **2803**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Innovative Gardening Solutions, Inc.** | Case number (if known) | **25-11184** |
|---|---|---|---|
| | Name | | |

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,100.00 |
|---|---|---|---|

**DELTA PAPER CORPORATION**
**8295 NATIONAL HIGHWAY**
**Camden, NJ 08110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **5824**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $333.00 |
|---|---|---|---|

**DERINGER**
**P O  BOX 74504**
**Cleveland, OH 44194**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **1216**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,345.33 |
|---|---|---|---|

**DEWITT COMPANY**
**PO Box 5760**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **2480**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,235.00 |
|---|---|---|---|

**DIAMOND TROPICAL HARDWOODS**
**1060 Revenue Dr**
**Telford, PA 18969-1072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **5448**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,302.62 |
|---|---|---|---|

**DOTCHI  LLC DBA CRESCENT GARDEN**
**6807 BISCAYNE BOULEVARD**
**Miami, FL 33138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **9696**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,259.93 |
|---|---|---|---|

**DYNAFORGE TRADING LLC**
**2525 Whilden Drive**
**Durham, NC 27713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **2919**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,049.60 |
|---|---|---|---|

**EARTH EDGE LLC**
**PO BOX 849**
**Hickory, NC 28603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **0946**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Innovative Gardening Solutions, Inc.** | Case number (if known) | **25-11184** |
|---|---|---|---|
| | Name | | |

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|

**EASTERN PROPANE & OIL**
PO Box 8900
Lewiston, ME 04243-8900

Date(s) debt was incurred **2025**

Last 4 digits of account number **3077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100.07** |
|---|---|---|---|

**EMPIRE JANITORIAL SUPPLY CO**
676 Pine St
Burlington, VT 05401-4922

Date(s) debt was incurred **2025**

Last 4 digits of account number **1151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,400.00** |
|---|---|---|---|

**ENROOT LLC**
30 New Ln
Cromwell, CT 06416-2038

Date(s) debt was incurred **2025**

Last 4 digits of account number **0797**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,255.00** |
|---|---|---|---|

**EUROEQUIPE USA CORP**
601 Brickell Key Dr
Miami, FL 33131-2662

Date(s) debt was incurred **2025**

Last 4 digits of account number **3469**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$157.70** |
|---|---|---|---|

**EVANS GROUP**
PO Box 246
Lebanon, NH 03766-0246

Date(s) debt was incurred **2025**

Last 4 digits of account number **3213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$798.96** |
|---|---|---|---|

**EVERSOURCE**
PO Box 56003
Boston, MA 02205-6003

Date(s) debt was incurred **2025**

Last 4 digits of account number **2197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50,313.97** |
|---|---|---|---|

**FAIRFAX PERENNIAL FARM**
7 Blackberry Hill Rd
Fairfax, VT 05454-4424

Date(s) debt was incurred **2025**

Last 4 digits of account number **7177**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Innovative Gardening Solutions, Inc.** | Case number (if known) | **25-11184** |
|---|---|---|---|
| | Name | | |

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,957.40** |
|---|---|---|---|

**FAIRVIEW EVERGREEN NURSERIES**
**7463 WEST RIDGE ROAD**
**Fairview, PA 16415**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **0328**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|

**FIELD AND FOREST**
**501 HART DR.**
**Peshtigo, WI 54157**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **2963**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,995.60** |
|---|---|---|---|

**FISKARS,INC.**
**PO BOX 802587**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **2661**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,344.00** |
|---|---|---|---|

**FLORIDA DANCING BIRDS LLC**
**4324 32ND ST**
**Dorr, MI 49323**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **2206**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$70,987.95** |
|---|---|---|---|

**FOLIERA**
**4655 BARTLETT RD.**
**BEAMSVILLE ON L0R1B1**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **7188**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,343.00** |
|---|---|---|---|

**FOREST CITY MODELS**
**157 Gerald Parkway**
**Thorndale ON N0M2P0**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **2667**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$700.00** |
|---|---|---|---|

**FRIENDS OF FORBES LIBRARY**
**ATTN MOLLY MOSS**
**20 West St**
**Northampton, MA 01060-3713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **2833**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Innovative Gardening Solutions, Inc.**            Case number (*if known*)   **25-11184**
<u>Name</u>

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,672.36 |
|---|---|---|---|

**G.F. SRL**
**VIA INDUSTRIA, 1**
**CORREGGIO RE 42015**
**Italy**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Vendor**

Last 4 digits of account number  **1621**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $194.79 |
|---|---|---|---|

**GEN DIGITAL, INC**
**PO BOX 743560**
**Los Angeles, CA 90074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Vendor**

Last 4 digits of account number  **3045**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,246.00 |
|---|---|---|---|

**GEREMIA GREENHOUSE**
**415 Barnes Rd**
**Wallingford, CT 06492-1803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Vendor**

Last 4 digits of account number  **2008**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $434,917.07 |
|---|---|---|---|

**Giles Garden Center**
**16 Morning Star Dr**
**Hadley, MA 01035-3514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/16/2020**

**Basis for the claim:  GILES - SELLERS (Hadley store #4)**

Last 4 digits of account number  **3020**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,736.70 |
|---|---|---|---|

**GOOD DIRECTIONS**
**20 Commerce Dr**
**Danbury, CT 06810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Vendor**

Last 4 digits of account number  **4406**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,477.40 |
|---|---|---|---|

**GOOD IDEAS**
**10047 KEYSTONE DRVE**
**Lake City, PA 16423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Vendor**

Last 4 digits of account number  **9570**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $631,676.20 |
|---|---|---|---|

**Google Inc.**
**PO BOX 883654**
**Los Angeles, CA 90088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **_**

**Basis for the claim:  _**

Last 4 digits of account number  **8798**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Innovative Gardening Solutions, Inc.** | Case number (*if known*) | **25-11184** |
|---|---|---|---|
| | Name | | |

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,387.77** |

**GRAINGER**
DEPT 833741440
Palatine, IL 60038

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:**  **Vendor**

Last 4 digits of account number  **0036**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$67,124.00** |

**GREEN MOUNTAIN COMPOST**
19 Gregory Dr
Ste 204
South Burlington, VT 05403-6047

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:**  **Vendor**

Last 4 digits of account number  **9037**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$81,997.80** |

**GREEN MOUNTAIN MULCH**
PO Box 129
516 LOWER QUARRY ROAD
Derby, VT 05829-0129

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:**  **Vendor**

Last 4 digits of account number  **7823**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$53,918.01** |

**GREENES FENCE COMPANY**
PO BOX 22258
Beachwood, OH 44122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:**  **Vendor**

Last 4 digits of account number  **9565**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$41,706.76** |

**GREENLEAF NURSERY CO.**
28406 Highway 82
Park Hill, OK 74451-2845

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:**  **Vendor**

Last 4 digits of account number  **7233**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$48,809.08** |

**GRIFFIN GREENHOUSE SUPPLIES**
PO BOX 842937
Boston, MA 02284

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:**  **Vendor**

Last 4 digits of account number  **0279**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,261.10** |

**H.I.S.C. INC**
1009 CALLE RECODO
San Clemente, CA 92673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:**  **Vendor**

Last 4 digits of account number  **5013**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Innovative Gardening Solutions, Inc.** | Case number (if known) | **25-11184** |
|---|---|---|---|
| | Name | | |

---

**3.89** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,147.50**

**HARVEST FARM GREENHOUSES**
125 Long Plain Rd
South Deerfield, MA 01373-9762

Date(s) debt was incurred **2025**

Last 4 digits of account number **2012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$48,616.68**

**HEADWAY CRAFTS PRIVATE LTD**
**NEAR GANDHI FOOD, MINI BYPASS**
**LAKRI ROAD, LAKRI FAZALPUR**
**MORADABAD U.P. 244001**

Date(s) debt was incurred **2025**

Last 4 digits of account number **5692**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,204.70**

**HIGH CALIPER SMART GROWING**
7000 North Robinson
Oklahoma City, OK 73116

Date(s) debt was incurred **2025**

Last 4 digits of account number **5619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,106.10**

**HIGH MOWING ORGANIC SEEDS**
76 Quarry Rd
Wolcott, VT 05680-4477

Date(s) debt was incurred **2025**

Last 4 digits of account number **5588**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27,971.22**

**HONEY FIELD FARM**
55 Butternut Rd
Norwich, VT 05055-9790

Date(s) debt was incurred **2025**

Last 4 digits of account number **3069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$208.00**

**HOTBIN COMPOSTING OF NA**
PO BOX 772689
Detroit, MI 48277

Date(s) debt was incurred **2025**

Last 4 digits of account number **2495**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$663.41**

**INTELLIGENT LIDS**
2129 SUNRISE CIRCLE
Wenatchee, WA 98801

Date(s) debt was incurred **2025**

Last 4 digits of account number **1013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Innovative Gardening Solutions, Inc.**                    Case number (*if known*)    **25-11184**
_____
Name

| | | |
|---|---|---|
| 3.96 | **Nonpriority creditor's name and mailing address**<br>**INTERNATIONAL MULCH CO.**<br>**PO BOX 645801**<br>**Pittsburgh, PA 15264**<br><br>Date(s) debt was incurred  **2025**<br><br>Last 4 digits of account number  **9082** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Vendor**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,844.70** |
| 3.97 | **Nonpriority creditor's name and mailing address**<br>**IPM LABORATORIES INC**<br>**980 Main St**<br>**PO BOX 300**<br>**Locke, NY 13092-3336**<br><br>Date(s) debt was incurred  **2025**<br><br>Last 4 digits of account number  **8997** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Vendor**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,769.37** |
| 3.98 | **Nonpriority creditor's name and mailing address**<br>**ISELI NURSERY, INC**<br>**PO BOX 891**<br>**Middletown, OH 45044**<br><br>Date(s) debt was incurred  **2025**<br><br>Last 4 digits of account number  **7271** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Vendor**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$76,829.76** |
| 3.99 | **Nonpriority creditor's name and mailing address**<br>**J C HILL TREE FARMS INC**<br>**123 W RAUSCH'S ROAD**<br>**Orwigsburg, PA 17961**<br><br>Date(s) debt was incurred  **2025**<br><br>Last 4 digits of account number  **0744** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Vendor**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$9,795.00** |
| 3.100 | **Nonpriority creditor's name and mailing address**<br>**J. BERNIER NURSERY**<br>**155 RIDGE**<br>**STANBRIDGE EAST QC J0J2H0**<br>**Canada**<br><br>Date(s) debt was incurred  **2025**<br><br>Last 4 digits of account number  **7061** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Vendor**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,439.96** |
| 3.101 | **Nonpriority creditor's name and mailing address**<br>**J.C. BAKKER & SONS, LTD**<br>**1360 THIRD STREET**<br>**RR#3**<br>**ST CATHARINES ON L2R6P9**<br>**Canada**<br><br>Date(s) debt was incurred  **2025**<br><br>Last 4 digits of account number  **7272** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Vendor**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$4,298.00** |
| 3.102 | **Nonpriority creditor's name and mailing address**<br>**JOLLY FARMER**<br>**PO Box 787**<br>**Houlton, ME 04730-0787**<br><br>Date(s) debt was incurred  **2025**<br><br>Last 4 digits of account number  **1414** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Vendor**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$202,127.33** |

| Debtor | **Innovative Gardening Solutions, Inc.** | Case number *(if known)* | **25-11184** |
|---|---|---|---|
| | Name | | |

---

**3.103**

**Nonpriority creditor's name and mailing address**
**K & R PORTABLE RESTROOM SERVICES LLC**
**PO Box 121**
**Orford, NH 03777-0121**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **1415**

As of the petition filing date, the claim is: *Check all that apply.*    **$175.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104**

**Nonpriority creditor's name and mailing address**
**KELLEYS KORNER ORCHID SU**
**65 PADDLETOWN RD**
**Etters, PA 17319**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7289**

As of the petition filing date, the claim is: *Check all that apply.*    **$378.66**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105**

**Nonpriority creditor's name and mailing address**
**KENNEDY CONCRETE INC**
**1752 Limekiln Pike**
**Dresher, PA 19025-1502**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **1562**

As of the petition filing date, the claim is: *Check all that apply.*    **$11,196.80**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.106**

**Nonpriority creditor's name and mailing address**
**KEYMARK CORP**
**DEPT 610**
**PO BOX 4110**
**Woburn, MA 01888**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **0005**

As of the petition filing date, the claim is: *Check all that apply.*    **$137,965.72**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107**

**Nonpriority creditor's name and mailing address**
**KLEM TREE FARM**
**PO Box 518**
**Benton, PA 17814-0518**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **3524**

As of the petition filing date, the claim is: *Check all that apply.*    **$14,637.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108**

**Nonpriority creditor's name and mailing address**
**KUJO LLC**
**1037 Woodland Grove Way**
**Wake Forest, NC 27587**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **1278**

As of the petition filing date, the claim is: *Check all that apply.*    **$480.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109**

**Nonpriority creditor's name and mailing address**
**L D OLIVER SEED CO, INC.**
**PO Box 156**
**Milton, VT 05468-0156**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **0098**

As of the petition filing date, the claim is: *Check all that apply.*    **$10,102.85**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Innovative Gardening Solutions, Inc.**                    Case number (*if known*)    **25-11184**
Name

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,304.98** |
|---|---|---|---|

**LANDCRAFT ENVIRONMENTS LTD**
**1160 EAST MILL RD**
**Mattituck, NY 11952**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **2026**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55,109.22** |
|---|---|---|---|

**LISTRAK**
**100 WEST MILLPORT ROAD**
**Lititz, PA 17543**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **0277**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$61,275.60** |
|---|---|---|---|

**LOTUS INTERNATIONAL, INC**
**5 DAIRY PAK ROAD**
**Athens, GA 30607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **7314**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$71,599.05** |
|---|---|---|---|

**LUCAS GREENHOUSES**
**214 Whig Lane Rd**
**Monroeville, NJ 08343-2719**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **9422**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,932.72** |
|---|---|---|---|

**LUSTER LEAF PRODUCTS INC**
**1961 DILLARD CT**
**Woodstock, IL 60098**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **2946**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,018.40** |
|---|---|---|---|

**MAINE GARDEN PRODUCTS**
**574 Cushing Rd**
**Friendship, ME 04547-4146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **5493**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$72.00** |
|---|---|---|---|

**MARLBOROUGH GARDENS**
**PO BOX 32**
**Marlborough, NH 03455-0032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **2512**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Innovative Gardening Solutions, Inc.** | Case number (if known) | **25-11184** |
|---|---|---|---|
| | Name | | |

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$144,823.15** |
|---|---|---|---|

**MASTER NURSERY GARDEN CENTERS INC**
**PO BOX 5190**
**Vacaville, CA 95696**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **2032**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,131.49** |
|---|---|---|---|

**MATTERLY DBA BUNGALOW**
**1729 S DAVID RD**
**Lagrange, GA 30241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **6476**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$221.90** |
|---|---|---|---|

**MAUREEN LEMIEUX**
**119 Honeysuckle Ln**
**Williston, VT 05495-7563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **3286**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16.85** |
|---|---|---|---|

**MAXSA INNOVATIONS**
**8412 CATHEDRAL FOREST DRIVE**
**Fairfax Station, VA 22039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **5234**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$30,476.72** |
|---|---|---|---|

**MAYNE INC**
**7024 Kilbourne Rd**
**Unit A**
**LONDON ON N6P1K6**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **6007**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$60,689.24** |
|---|---|---|---|

**MEDFORD NURSERY**
**560-A EAYRESTOWN-RED LION RD**
**PO BOX 1145**
**Medford, NJ 08055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **7736**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$345,427.56** |
|---|---|---|---|

**META PLATFORMS INC.**
**ATTN: ACCOUNTS RECEIVABLE**
**15161 COLLECTIONS CENTER DRIVE**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **1547**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Innovative Gardening Solutions, Inc.**      Case number (*if known*)    **25-11184**
Name

---

**3.124** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,277.79**

**MIDLAND METAL MFG**
**PO BOX 415040**
**Kansas City, MO 64141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Basis for the claim: **Vendor**

Last 4 digits of account number **0013**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.125** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,865.75**

**MINUTEMAN ACHLA DESIGNS**
**65 Arbor Way**
**Fitchburg, MA 01420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Basis for the claim: **Vendor**

Last 4 digits of account number **0265**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,801.07**

**MORNING DEW TROPICAL PLANTS**
**601 North Congress Ave**
**#436**
**Delray Beach, FL 33445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Basis for the claim: **Vendor**

Last 4 digits of account number **8652**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.127** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,164.64**

**MULTY USA INC**
**7900 Keele St**
**Suite 100**
**Concord ON L4K2A3**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Basis for the claim: **Vendor**

Last 4 digits of account number **9245**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,564.00**

**MYERS-HOLUM**
**244 MADISON AVENUE**
**SUITE 217**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Basis for the claim: **Vendor**

Last 4 digits of account number **2908**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.129** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,557.13**

**NETHERLAND BULB CO**
**13 MCFADDEN RD**
**Easton, PA 18045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Basis for the claim: **Vendor**

Last 4 digits of account number **5868**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.130** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,221.03**

**NEW ENGLAND KENWORTH INC**
**PO Box 517**
**Shelburne, VT 05482-0517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Basis for the claim: **Vendor**

Last 4 digits of account number **8734**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Innovative Gardening Solutions, Inc.**  Case number (if known) **25-11184**
      Name

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,710.00 |
|---|---|---|---|

**NEW ENGLAND LADDER CO, LLC**
**PO BOX 469**
**Kings Park, NY 11754**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

**Basis for the claim:  Vendor**

Last 4 digits of account number **0453**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,449.00 |
|---|---|---|---|

**NICE PLANTER**
**PO BOX 90787**
**Anchorage, AK 99509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

**Basis for the claim:  Vendor**

Last 4 digits of account number **1172**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,166.10 |
|---|---|---|---|

**NORTH COUNTRY ORGANICS DEPOT**
**STREET**
**PO BOX 372**
**Bradford, VT 05033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

**Basis for the claim:  Vendor**

Last 4 digits of account number **0405**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,940.40 |
|---|---|---|---|

**NORTHEAST NURSERY INC**
**8 Dearborn Rd**
**Peabody, MA 01960-3804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

**Basis for the claim:  Vendor**

Last 4 digits of account number **1477**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,246.40 |
|---|---|---|---|

**NURSERY DIRECT**
**PO Box 307**
**Weston, MA 02493-0002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

**Basis for the claim:  Vendor**

Last 4 digits of account number **7739**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,158.25 |
|---|---|---|---|

**OLDCASTLE APG, INC.**
**PO Box 281479**
**Atlanta, GA 30384-1479**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

**Basis for the claim:  Vendor**

Last 4 digits of account number **1331**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,344.91 |
|---|---|---|---|

**ORACLE AMERICA, INC.**
**BANK OF AMERICA LOCKBOX SERVICES**
**15612 Collections Center Dr**
**Chicago, IL 60693-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

**Basis for the claim:  Vendor**

Last 4 digits of account number **3430**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Innovative Gardening Solutions, Inc.** | Case number (if known) | **25-11184** |
|---|---|---|---|
| | Name | | |

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$88,388.52** |
|---|---|---|---|

**OVERDEVEST NURSERIES**
578 Bowentown Rd
Bridgeton, NJ 08302-6203

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7393**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$45.00** |
|---|---|---|---|

**PALRAM APPLICATIONS**
9735 COMMERCE CIRCLE
Kutztown, PA 19530

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **9534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,629.40** |
|---|---|---|---|

**PANACEA PRODUCTS**
2711 INTERNATIONAL ST
Columbus, OH 43228

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **5038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.90** |
|---|---|---|---|

**PARIS FARMERS UNION**
1435 Main St
Oxford, ME 04270-3327

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **2147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$257.67** |
|---|---|---|---|

**PATTERSON FUELS**
PO Box 253
Richmond, VT 05477-0253

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **8659**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,006.00** |
|---|---|---|---|

**PAW PAW EVERLAST LABEL CO**
PO BOX 93
Paw Paw, MI 49079

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **0169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,567.23** |
|---|---|---|---|

**PERENNIAL FARM**
12017 Glen Arm Rd
Glen Arm, MD 21057-9454

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **9415**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Innovative Gardening Solutions, Inc.**                     Case number (if known)   **25-11184**
_____
Name

| | | |
|---|---|---|
| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$2,036.70** |

3.145 | **Nonpriority creditor's name and mailing address**

**PETE'S TIRE BARNS, INC.**
**275 E Main St**
**Orange, MA 01364-1250**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **1823**

As of the petition filing date, the claim is: *Check all that apply.*  **$2,036.70**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.146 | **Nonpriority creditor's name and mailing address**

**PICKETTS INC.**
**2349 Vt Route 14 S**
**Randolph Center, VT 05061-9729**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **1329**

As of the petition filing date, the claim is: *Check all that apply.*  **$5,922.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.147 | **Nonpriority creditor's name and mailing address**

**PLAN INTEGRITY PARTNERS**
**50 Lakeside Ave # H5**
**Burlington, VT 05401-5402**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **2981**

As of the petition filing date, the claim is: *Check all that apply.*  **$4,742.50**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.148 | **Nonpriority creditor's name and mailing address**

**PLANTATION PRODUCTS, LLC**
**DBA GREEN GARDEN PRODUCTS**
**PO BOX 536084**
**Pittsburgh, PA 15253-5902**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **9306**

As of the petition filing date, the claim is: *Check all that apply.*  **$14,544.82**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.149 | **Nonpriority creditor's name and mailing address**

**PLEASANT VIEW GARDENS**
**7316 PLEASANT ST**
**LOUDON, NH 03301**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **4154**

As of the petition filing date, the claim is: *Check all that apply.*  **$103,398.20**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.150 | **Nonpriority creditor's name and mailing address**

**PORTSMOUTH NURSERY**
**1350 E Main Rd**
**Portsmouth, RI 02871-2308**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **2984**

As of the petition filing date, the claim is: *Check all that apply.*  **$20,705.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.151 | **Nonpriority creditor's name and mailing address**

**POWER DIGITAL MARKETING, INC.**
**2251 San Diego Ave**
**Ste A250**
**San Diego, CA 92110-2984**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **3432**

As of the petition filing date, the claim is: *Check all that apply.*  **$32,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor  **Innovative Gardening Solutions, Inc.**                    Case number (if known)  **25-11184**
_____
Name

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $121,782.30 |
|---|---|---|---|

**PREMIER HORTICULTURE, INC.**
PO BOX 673926
Detroit, MI 48267

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **0421**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,629.23 |
|---|---|---|---|

**PRESIDIO NETWORKED SOLUTIONS**
PO BOX 822169
Philadelphia, PA 19182

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **2704**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $374,681.42 |
|---|---|---|---|

**PRIDES CORNER FARMS**
122 Waterman Rd
Lebanon, CT 06249-1827

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **7422**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,081.70 |
|---|---|---|---|

**PYGAR INC.**
10002 AURORA AVE N
SUITE 36 PMB 393
Seattle, WA 98133

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **2298**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,429.28 |
|---|---|---|---|

**QUAD GRAPHICS**
PO Box 644840
Pittsburgh, PA 15264-4840

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **8324**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,608.00 |
|---|---|---|---|

**QUEEN CITY STEEL**
PO Box 672
Burlington, VT 05402-0672

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **0061**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,434.00 |
|---|---|---|---|

**R & C FLORAL INC**
129 Miller St
Ludlow, MA 01056-3354

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **1504**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Innovative Gardening Solutions, Inc.** | Case number (if known) | **25-11184** |
|---|---|---|---|
| | Name | | |

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,484.32 |

**RADIANS, INC.**
**PO BOX 752310**
**Memphis, TN 38175**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **1524**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |

**RAKUTEN REWARDS**
**999 N Plaza Dr**
**Ste 670**
**Schaumburg, IL 60173-5408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **8351**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,226.00 |

**RED FIRE FARM**
**184 Meadow Rd**
**Montague, MA 01351-9512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **2049**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,045.51 |

**RED RIVER COMPUTER CO, INC**
**CL #5195**
**PO BOX 95000**
**Philadelphia, PA 19195**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **9207**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,265.50 |

**RED WAGON PLANTS**
**2408 Shelburne Falls Rd**
**Hinesburg, VT 05461-9717**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **7438**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,145.27 |

**Reliance Standard Life Insurance Company**
**PO Box 3124**
**Southeastern, PA 19398-3124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **3289**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67,901.63 |

**RESCHCOR**
**2123 BLAKESLEY PKWY**
**Bristol, IN 46507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **0283**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Innovative Gardening Solutions, Inc.** | Case number (if known) | **25-11184** |
|---|---|---|---|
| | Name | | |

---

**3.166**

**Nonpriority creditor's name and mailing address**

Richard Simpson
**40 Martine Cottage Rd**
**Portsmouth, NH 03801-5595**

Date(s) debt was incurred  **3/15/2023**

Last 4 digits of account number  **6025**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **ROLLING GREEN SELLER CONTINGENT LIAB**

Is the claim subject to offset?  ■ No  ☐ Yes

**$100,000.00**

---

**3.167**

**Nonpriority creditor's name and mailing address**

**RICHMOND ENGINEERING DBA LEWIS LIFETIME**
**2475 Paseo de las Americas**
**Suite 1122**
**San Diego, CA 92154**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **1332**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?  ■ No  ☐ Yes

**$11,565.18**

---

**3.168**

**Nonpriority creditor's name and mailing address**

**RIVER BERRY FARM**
**191 Goose Pond Rd**
**Fairfax, VT 05454-9585**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **8826**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?  ■ No  ☐ Yes

**$63,789.90**

---

**3.169**

**Nonpriority creditor's name and mailing address**

**RIVERSTONE INDUSTRIES**
**40 RICHBOYNTON ROAD**
**Dover, NJ 07801**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **9575**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?  ■ No  ☐ Yes

**$43,005.28**

---

**3.170**

**Nonpriority creditor's name and mailing address**

**RTS COMPANIES, INC.**
**2900 INDUSTRIAL PARK DRIVE**
**Austinburg, OH 44010**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **5805**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?  ■ No  ☐ Yes

**$13,242.11**

---

**3.171**

**Nonpriority creditor's name and mailing address**

**S S PRITIKIN  ASSOCIATES**
**1264 APPALOOSA WAY**
**Bartlett, IL 60103**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **0371**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?  ■ No  ☐ Yes

**$6,627.50**

---

**3.172**

**Nonpriority creditor's name and mailing address**

**SAC**
**206 Avenue C**
**Williston, VT 05495-7144**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **0011**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?  ■ No  ☐ Yes

**$15,346.40**

---

| Debtor | **Innovative Gardening Solutions, Inc.** | Case number (*if known*) | **25-11184** |
|---|---|---|---|
| | Name | | |

---

**3.173** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,093.84**

**SAFETY WORKS  (PROTECTIVE INDUSTRIAL)**
**NORTHEASTERN INDUSTRIAL PARK**
**BLDG 4**
**BAY 3**
**Guilderland Center, NY 12085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Basis for the claim: **Vendor**

Last 4 digits of account number **5863**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.174** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,002.40**

**SCHICHTELS NURSERY, INC**
**7420 PETERS ROAD**
**Springville, NY 14141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Basis for the claim: **Vendor**

Last 4 digits of account number **7445**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.175** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,500.00**

**SEACOAST FARMS COMPOST**
**59 Columbus Ave**
**Exeter, NH 03833-1503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Basis for the claim: **Vendor**

Last 4 digits of account number **2530**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.176** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$251.70**

**SEACOAST SECURITY, INC.**
**PORTSMOUTH OFFICE**
**PO Box A**
**West Rockport, ME 04865-0701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Basis for the claim: **Vendor**

Last 4 digits of account number **3132**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.177** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$156.00**

**SECURSHRED**
**PO Box 2123**
**South Burlington, VT 05407-2123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Basis for the claim: **Vendor**

Last 4 digits of account number **8477**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.178** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,714.00**

**SEND TRANSPORTATION**
**1777 SW Chandler Ave**
**Ste 135**
**Bend, OR 97702-3869**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Basis for the claim: **Vendor**

Last 4 digits of account number **2534**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.179** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,029.25**

**SEVEN DAYS**
**PO Box 1164**
**Burlington, VT 05402-1164**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Basis for the claim: **Vendor**

Last 4 digits of account number **8348**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Innovative Gardening Solutions, Inc.** | Case number (if known) | **25-11184** |
|---|---|---|---|
| | Name | | |

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,455.00** |
|---|---|---|---|

**SMART CARTS OF MAINE LLC**
**20 TORY HILL DR**
**Buxton, ME 04093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

**Basis for the claim:  Vendor**

Last 4 digits of account number **3330**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$370.00** |
|---|---|---|---|

**SONGBIRD ESSENTIALS**
**1600 BASSFORD DRIVE**
**Mexico, MO 65265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

**Basis for the claim:  Vendor**

Last 4 digits of account number **6061**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,576.05** |
|---|---|---|---|

**SPECIALTY PACKAGING, LLC**
**47 Leggett St**
**East Hartford, CT 06108-1140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

**Basis for the claim:  Vendor**

Last 4 digits of account number **0016**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,221.00** |
|---|---|---|---|

**SPROUT MOUNTAIN FARMS**
**PO Box 5235**
**Kingsport, TN 37663-0235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

**Basis for the claim:  Vendor**

Last 4 digits of account number **3302**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|

**STATE OF NEW HAMPSHIRE**
**NH DEPARTMENT OF TRANSPORTATION**
**Concord, NH 03302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

**Basis for the claim:  Vendor**

Last 4 digits of account number **1496**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17,132.10** |
|---|---|---|---|

**SUMMER HILL NURSERY, INC**
**888 Summer Hill Rd**
**Madison, CT 06443-1604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

**Basis for the claim:  Vendor**

Last 4 digits of account number **7500**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,861.34** |
|---|---|---|---|

**SUNDAY AFTERNOON HATS**
**340 A Street**
**Suite 1**
**Ashland, OR 97520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

**Basis for the claim:  Vendor**

Last 4 digits of account number **7504**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Innovative Gardening Solutions, Inc.** | Case number (if known) | **25-11184** |
| --- | --- | --- | --- |
| | Name | | |

---

**3.187** | Nonpriority creditor's name and mailing address

**SUNSHINE PAPER COMPANY**
**12650 EAST 33RD AVE**
**SUITE 101**
**Aurora, CO 80011**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **1109**

As of the petition filing date, the claim is: Check all that apply.                                                **$4,890.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.188** | Nonpriority creditor's name and mailing address

**SURELOC CORP.**
**310 E. 64TH STREET**
**Holland, MI 49423**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **0425**

As of the petition filing date, the claim is: Check all that apply.                                                **$5,875.40**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.189** | Nonpriority creditor's name and mailing address

**TAG**
**3310 NORTH ELSTON AVENUE**
**SUITE 100**
**Chicago, IL 60618**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **4178**

As of the petition filing date, the claim is: Check all that apply.                                                **$5,942.53**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.190** | Nonpriority creditor's name and mailing address

**TENAX CORPORATION**
**4800 EAST MONUMENT ST**
**Baltimore, MD 21205**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **2000**

As of the petition filing date, the claim is: Check all that apply.                                                **$9,172.65**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.191** | Nonpriority creditor's name and mailing address

**TERRA TRELLIS**
**15320 LAKEWOOD BLVD**
**Bellflower, CA 90706**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **1901**

As of the petition filing date, the claim is: Check all that apply.                                                **$39,757.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.192** | Nonpriority creditor's name and mailing address

**THE FARMSTEAD**
**527 Meetinghouse Rd**
**South Chatham, MA 02659-1420**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **9561**

As of the petition filing date, the claim is: Check all that apply.                                                **$38,770.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.193** | Nonpriority creditor's name and mailing address

**THE OFFSET HOUSE INC**
**PO Box 8329**
**Essex, VT 05451-8329**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **8334**

As of the petition filing date, the claim is: Check all that apply.                                                **$25,126.79**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor    **Innovative Gardening Solutions, Inc.**                     Case number (*if known*)    **25-11184**
          _____                                                    _____
          Name

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $68,176.88 |

**THE PLANT GROUP INC**
**117 POND RD (RT 207)**
**Franklin, CT 06254**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **9441**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☐ No  ☐ Yes

$68,176.88

---

| 3.195 | Nonpriority creditor's name and mailing address |

**TIERRA-DERCO INTERNATIONAL LLC**
**1000 S Saint Charles St**
**Jasper, IN 47546-2689**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **5856**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$39,317.73

---

| 3.196 | Nonpriority creditor's name and mailing address |

**TOTAL TRAFFIC & WEATHER NETWORK**
**62301 Collection Center Dr**
**Chicago, IL 60693-0623**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **3552**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☐ No  ☐ Yes

$6,675.00

---

| 3.197 | Nonpriority creditor's name and mailing address |

**TOYSMITH**
**541 West Valley Hwy S**
**Pacific, WA 98047-1301**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **5854**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☐ No  ☐ Yes

$2,972.50

---

| 3.198 | Nonpriority creditor's name and mailing address |

**TUBTRUGS, LLC**
**PO BOX 391**
**Custer, SD 57730**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **5738**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☐ No  ☐ Yes

$3,056.12

---

| 3.199 | Nonpriority creditor's name and mailing address |

**TWENTY ACRE FARM & GREENHOUSES**
**351 River Dr**
**Hadley, MA 01035-9622**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **2067**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$46,173.10

---

| 3.200 | Nonpriority creditor's name and mailing address |

**UNICORR PACKAGING GROUP**
**4282 PAYSPHERE CIRCLE**
**Chicago, IL 60674**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **10**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$33,065.37

---

| Debtor | **Innovative Gardening Solutions, Inc.** | Case number (if known) | **25-11184** |
|---|---|---|---|
| | Name | | |

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$913,482.36** |
|---|---|---|---|

**UPS**
PO BOX 809488
Chicago, IL 60680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **2269**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,662.50** |
|---|---|---|---|

**VALLEY NEWS**
PO Box 877
White River Junction, VT 05001-0877

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **1337**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$33,357.40** |
|---|---|---|---|

**VAN BERKUM NURSERY**
4 James Rd
Deerfield, NH 03037-1322

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **7752**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,553.61** |
|---|---|---|---|

**VAN ZYVERDEN INC**
8079 VAN ZYVERDEN ROAD
Meridian, MS 39305

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **2748**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,495.00** |
|---|---|---|---|

**VAUGHANS HORTICULTURE**
PO BOX 7245
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **9864**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,945.67** |
|---|---|---|---|

**VEGHERB LLC**
200 N 13th St
Erwin, NC 28339

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **0371**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,975.35** |
|---|---|---|---|

**VERADEK**
105 Taylor Dr.
Suite 120
Depew, NY 14043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **0109**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Innovative Gardening Solutions, Inc.**                    Case number (if known)   **25-11184**
_____
Name

| 3.208 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$46,545.40** |

**VERMONT COMPOST COMPANY**
**1996 Main St**
**Montpelier, VT 05602-8523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **2778**

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,822.80** |

**VERMONT MULCH COMPANY**
**1103 Vernon St**
**Brattleboro, VT 05301-5104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **9538**

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,407.30** |

**VERMONT NATURAL AG PRODUCTS**
**297 Lower Foote St**
**Middlebury, VT 05753-8848**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7837**

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$20,748.00** |

**VERMONT NATURAL COATINGS**
**PO Box 512**
**Hardwick, VT 05843-0512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **1261**

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,096.00** |

**VERTEX INC**
**25528 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **3082**

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,858.75** |

**VIMEO, INC.**
**PO BOX 74008984**
**Chicago, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **2554**

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$11,839.39** |

**VITA AKA NE ARBORS**
**211 CAMPBELL STREET**
**Sarnia ON N7T2G6**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **9573**

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Innovative Gardening Solutions, Inc.** | Case number (if known) | **25-11184** |
|---|---|---|---|
| | Name | | |

---

**3.215** Nonpriority creditor's name and mailing address
**W.B. MASON CO INC**
**PO Box 981101**
**Boston, MA 02298-1101**

Date(s) debt was incurred __2025__

Last 4 digits of account number __8417__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

$3,860.27

---

**3.216** Nonpriority creditor's name and mailing address
**WATER RIGHT, INC**
**3240 NE RIVERGATE ST.**
**McMinnville, OR 97128**

Date(s) debt was incurred __2025__

Last 4 digits of account number __5791__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

$64,858.32

---

**3.217** Nonpriority creditor's name and mailing address
**WD MATTHEWS MACHINERY CO**
**SERVICE DEPARTMENT**
**901 CENTER STREET**
**Auburn, ME 04210**

Date(s) debt was incurred __2025__

Last 4 digits of account number __1502__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

$4,538.79

---

**3.218** Nonpriority creditor's name and mailing address
**WESTAFF**
**PO Box 116834**
**Atlanta, GA 30368-6834**

Date(s) debt was incurred __2025__

Last 4 digits of account number __3558__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

$3,458.78

---

**3.219** Nonpriority creditor's name and mailing address
**WESTLAKE DIMEX LLC**
**PO Box 198258**
**Atlanta, GA 30384-8258**

Date(s) debt was incurred __2025__

Last 4 digits of account number __5676__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

$7,089.63

---

**3.220** Nonpriority creditor's name and mailing address
**WOODSTOCK PERCUSSION**
**167 DUBOIS RD**
**Shokan, NY 12481**

Date(s) debt was incurred __2025__

Last 4 digits of account number __4409__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

$3,800.94

---

**3.221** Nonpriority creditor's name and mailing address
**WPTZ**
**PO Box 14508**
**Des Moines, IA 50306-3508**

Date(s) debt was incurred __2025__

Last 4 digits of account number __3377__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

$7,380.00

---

**Part 3:** **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Debtor   **Innovative Gardening Solutions, Inc.**          Case number (if known)   **25-11184**
         Name

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ **7,316,129.96** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ **7,316,129.96** |

**Fill in this information to identify the case:**

Debtor name   **Innovative Gardening Solutions, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   **25-11184**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Executory Technology - Term can be cancelled 30 day notice** | |
| State the term remaining — **8/11/2025** | **ACCESSIBE**<br>**2251 San Diego Ave**<br>**Ste A250**<br>**San Diego, CA 92110-2984** |
| List the contract number of any government contract | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Ace American Insurance Company** |
| List the contract number of any government contract | |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — **Executory Technology** | |
| State the term remaining — **1/31/2026** | **AZURE**<br>**320 Congress Street**<br>**5th Floor**<br>**Boston, MA 02210** |
| List the contract number of any government contract | |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest — **Executory Technology** | |
| State the term remaining — **10/27/2025** | **BOOMI**<br>**1400 Liberty Ridge Drive**<br>**Chesterbrook, PA 19087** |
| List the contract number of any government contract | |

| Debtor 1 | **Innovative Gardening Solutions, Inc.** | | Case number (*if known*) | **25-11184** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | | | |
|---|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Stray Cat Farm** | |
| | State the term remaining | **3/31/2027** | **Brooke Giard**<br>**24 Decatur St**<br>**Burlington, VT 05401** |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Serac - Georgia (Bryce Realty) LEASE [location is 110 Bryce Blvd]** | |
| | State the term remaining | **12/31/25** | **Bryce Realty Inc.**<br>**Arrowhead Ind Park**<br>**175 Yankee Park Rd**<br>**Fairfax, VT 05454** |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Executory Technology** | |
| | State the term remaining | **4/3/2026** | **BYNDER**<br>**321 Summer Street**<br>**1st Floor**<br>**Boston, MA 02210** |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Executory Technology** | |
| | State the term remaining | **9/16/2025** | **CHASE PAYMENTECH**<br>**4221 Dallas Parkway**<br>**Dallas, TX 75254** |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Health Insurance** | |
| | State the term remaining | **12/31/25** | **Cigna** |
| | List the contract number of any government contract | | |

Debtor 1    **Innovative Gardening Solutions, Inc.**
_____
First Name    Middle Name    Last Name

Case number (*if known*)    **25-11184**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Executory Technology** | |
|---|---|---|---|
| | State the term remaining | **2/18/2026** | **CISCO CLOUD CALLING**<br>**Post Office Box 696024**<br>**San Antonio, TX 78269** |
| | List the contract number of any government contract | | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Bunker Lease** | |
|---|---|---|---|
| | State the term remaining | **7/30/2026** | **City of Burlington**<br>**CEDO, City Hall**<br>**149 Church St. Rm 32**<br>**Burlington, VT 05401** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Executory Technology** | |
|---|---|---|---|
| | State the term remaining | **12/18/2025** | **COGNIZANT DIRECT TECH**<br>**24721 Network Place**<br>**Chicago, IL 60673-1247** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Executory Technology** | |
|---|---|---|---|
| | State the term remaining | **6/18/2026** | **EPISERVER**<br>**542A Amherst Street**<br>**Nashua, NH 03063** |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Amended & Restated**<br>**ESOP  Trust Agreement** | |
|---|---|---|---|
| | State the term remaining | | **ESOP Trust Company** |
| | List the contract number of any government contract | | |

Debtor 1  **Innovative Gardening Solutions, Inc.**

First Name        Middle Name        Last Name

Case number (*if known*)  **25-11184**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **ESOP Trustee Engagement Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **ESOP Trust Company** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Corporate office Campus LEASE** | |
|---|---|---|---|
| | State the term remaining | **7/30/2025** | |
| | List the contract number of any government contract | | **GARDENER'S HOME, LLC**<br>**128 Intervale Road**<br>**Burlington, VT 05401** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Burlington Store LEASE** | |
|---|---|---|---|
| | State the term remaining | **7/30/2025** | |
| | List the contract number of any government contract | | **GARDENER'S HOME, LLC**<br>**128 Intervale Road**<br>**Burlington, VT 05401** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Hadley MA Retail store LEASE** | |
|---|---|---|---|
| | State the term remaining | **12/31/2027** | |
| | List the contract number of any government contract | | **GILES PROPERTY MANAGEMENT LLC**<br>**16 Morningstar Drive**<br>**Hadley, MA 01035** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Hadley adj. property LEASE** | |
|---|---|---|---|
| | State the term remaining | **12/31/2027** | |
| | List the contract number of any government contract | | **GILES PROPERTY MANAGEMENT LLC**<br>**16 Morningstar Drive**<br>**Hadley, MA 01035** |

| Debtor 1 | **Innovative Gardening Solutions, Inc.** | | Case number (*if known*) | **25-11184** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Executory Technology - Term can be cancelled 30 day notice** | |
|---|---|---|---|
| | State the term remaining | **8/11/2025** | |
| | List the contract number of any government contract | | **GOOGLE**<br>**PO BOX 883654**<br>**Los Angeles, CA 90088** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Intervale Center* adj. parcel land Lease** | |
|---|---|---|---|
| | State the term remaining | **3/31/2025** | |
| | List the contract number of any government contract | | **Intervale Center**<br>**180 Intervale Rd**<br>**Burlington, VT 05401** |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Lebanon NH Retail store LEASE** | |
|---|---|---|---|
| | State the term remaining | **12/31/2027** | |
| | List the contract number of any government contract | | **JOE LONGACRE**<br>**Longacres Landscaping Inc.**<br>**PO Box 293**<br>**Plainfield, NH 03781** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Executory Technology** | |
|---|---|---|---|
| | State the term remaining | **3/1/2026** | |
| | List the contract number of any government contract | | **LISTRAK**<br>**100 WEST MILLPORT ROAD**<br>**Lititz, PA 17543** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **E-marketing** | |
|---|---|---|---|
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | | **Meta Platforms Inc.** |

Debtor 1   **Innovative Gardening Solutions, Inc.**                               Case number *(if known)*   **25-11184**
           First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **COMMERCIAL GENERAL LIABILITY INSURANCE** | |
|---|---|---|---|
| | State the term remaining | **1/1/2026** | |
| | List the contract number of any government contract | | **Middlesex Insurance Company** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **AUTOMOBILE LIABILITY INSURANCE** | |
|---|---|---|---|
| | State the term remaining | **1/1/2026** | |
| | List the contract number of any government contract | | **Middlesex Insurance Company** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **UMBRELLA LIABILITY INSURANCE** | |
|---|---|---|---|
| | State the term remaining | **1/1/2026** | |
| | List the contract number of any government contract | | **Middlesex Insurance Company** |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY INSURANCE** | |
|---|---|---|---|
| | State the term remaining | **1/1/2026** | |
| | List the contract number of any government contract | | **Middlesex Insurance Company** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **MA Auto Liability Insurance** | |
|---|---|---|---|
| | State the term remaining | **1/1/2026** | |
| | List the contract number of any government contract | | **Middlesex Insurance Company** |

Debtor 1  **Innovative Gardening Solutions, Inc.**                                      Case number *(if known)*  __25-11184__
_____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Executory Technology** | |
|---|---|---|---|
| | State the term remaining | **3/7/2026** | **MONDAY.COM LTD** <br> **111 E 18th St** <br> **Fl 13** <br> **New York, NY 10003-2177** |
| | List the contract number of any government contract | | |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Executory Technology** | |
|---|---|---|---|
| | State the term remaining | **3/26/2026** | **MONETATE - A KIBO COMPANY** <br> **PO BOX 674626** <br> **Dallas, TX 75267** |
| | List the contract number of any government contract | | |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Executory Technology** | |
|---|---|---|---|
| | State the term remaining | **2/20/2026** | **MYERS-HOLUM** <br> **244 MADISON AVENUE** <br> **SUITE 217** <br> **New York, NY 10016** |
| | List the contract number of any government contract | | |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **R/E Listing Agreement** | |
|---|---|---|---|
| | State the term remaining | **10/3/25** | |
| | List the contract number of any government contract | | **NAI/J L  Davis Realty** |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Point of Sale Equip** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **NCR Voyix Corp.** |

Debtor 1  **Innovative Gardening Solutions, Inc.**
_____
First Name        Middle Name        Last Name

Case number *(if known)*   **25-11184**
_____



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Executory Technology** | |
|---|---|---|---|
| | State the term remaining | **6/1/2027** | **ORACLE AMERICA, INC. Netsuite**<br>**BANK OF AMERICA LOCKBOX SERVICES**<br>**15612 Collections Center Dr**<br>**Chicago, IL 60693-0001** |
| | List the contract number of any government contract | | |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Executory Technology** | |
|---|---|---|---|
| | State the term remaining | **9/4/2025** | **PAY PAL BRAINTREE**<br>**2251 San Diego Ave**<br>**Ste A250**<br>**San Diego, CA 92110-2984** |
| | List the contract number of any government contract | | |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Mail Machine IV** | |
|---|---|---|---|
| | State the term remaining | **2/1/2029** | **Pitney Bowes**<br>**PO Box 371887**<br>**Pittsburgh, PA 15250** |
| | List the contract number of any government contract | | |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Executory Technology** | |
|---|---|---|---|
| | State the term remaining | **10/1/2025** | **POWER DIGITAL MARKETING, INC.**<br>**2251 San Diego Ave**<br>**Ste A250**<br>**San Diego, CA 92110-2984** |
| | List the contract number of any government contract | | |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Executory Technology** | |
|---|---|---|---|
| | State the term remaining | **2/1/2026** | **POWER REVIEWS INC**<br>**1 NORTH DEARBORN ST**<br>**Suite 800**<br>**Chicago, IL 60602** |
| | List the contract number of any government contract | | |

Debtor 1  **Innovative Gardening Solutions, Inc.**

First Name        Middle Name        Last Name

Case number (*if known*)    **25-11184**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Executory Technology** | |
| | State the term remaining | **7/20/2025** | **RCS WORLD PAY**<br>**8500 Governors Hill Drive**<br>**Symmes Township, OH 45249** |
| | List the contract number of any government contract | | |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Greenland NH Retail store: 64 Breakfast Hill Road, Greenland, NH 03840** | |
| | State the term remaining | **3/15/2028** | **RICK and BETH SIMPSON**<br>**40 Martine Cottage Rd**<br>**Portsmouth, NH 03801** |
| | List the contract number of any government contract | | |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Executory Technology** | |
| | State the term remaining | **1/8/2026** | **Rockerbox, Inc.**<br>**228 Park Ave S**<br>**PMB 83028**<br>**New York, NY 10003** |
| | List the contract number of any government contract | | |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Shelburne Store** | |
| | State the term remaining | **12/31/2028** | **SIRLOIN LLC**<br>**88 Rogers Lane**<br>**Richmond, VT 05477** |
| | List the contract number of any government contract | | |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Symquest Konica Minolta (GW Copier)** | |
| | State the term remaining | **5/1/2026** | **Symquest**<br>**1310 Madrid St**<br>**Suite 101**<br>**Marshall, MN 56258** |
| | List the contract number of any government contract | | |

Debtor 1   **Innovative Gardening Solutions, Inc.**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number (*if known*)　**25-11184**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Symquest Konica Minolta (Serac Copier)** | |
|---|---|---|---|
| | State the term remaining | **5/2/2026** | **Symquest**<br>**1310 Madrid St**<br>**Suite 101**<br>**Marshall, MN 56258** |
| | List the contract number of any government contract | | |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Symquest Konica Minolta (GW Copier - KON-C300IDG)** | |
|---|---|---|---|
| | State the term remaining | **12/4/2028** | **Symquest**<br>**1310 Madrid St**<br>**Suite 101**<br>**Marshall, MN 56258** |
| | List the contract number of any government contract | | |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Symquest Konica Minolta (GW Copier - KON-4050I)** | |
|---|---|---|---|
| | State the term remaining | **5/10/2027** | **Symquest**<br>**1310 Madrid St**<br>**Suite 101**<br>**Marshall, MN 56258** |
| | List the contract number of any government contract | | |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Symquest Konica Minolta (additional warehouse copier - KON-4050I)** | |
|---|---|---|---|
| | State the term remaining | | **Symquest**<br>**1310 Madrid St**<br>**Suite 101**<br>**Marshall, MN 56258** |
| | List the contract number of any government contract | | |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Symquest (creative copier - KON-C4501)** | |
|---|---|---|---|
| | State the term remaining | | **Symquest**<br>**1310 Madrid St**<br>**Suite 101**<br>**Marshall, MN 56258** |
| | List the contract number of any government contract | | |

Debtor 1   **Innovative Gardening Solutions, Inc.**                          Case number (*if known*)   **25-11184**

First Name        Middle Name        Last Name



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Symquest (IV Retail Office area - KON-C3601df)** | |
|---|---|---|---|
| | State the term remaining | **3/30/2026** | **Symquest**<br>**1310 Madrid St**<br>**Suite 101**<br>**Marshall, MN 56258** |
| | List the contract number of any government contract | | |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Symquest Konica Minolta (CCC copier & Admin copier)** | |
|---|---|---|---|
| | State the term remaining | **3/27/2025** | **Symquest**<br>**1310 Madrid St**<br>**Suite 101**<br>**Marshall, MN 56258** |
| | List the contract number of any government contract | | |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Symquest (Greenland NJ - KON-C360IDF)** | |
|---|---|---|---|
| | State the term remaining | **3/21/2028** | **Symquest**<br>**1310 Madrid St**<br>**Suite 101**<br>**Marshall, MN 56258** |
| | List the contract number of any government contract | | |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Williston VT Retail Store LEASE** | |
|---|---|---|---|
| | State the term remaining | **12/31/28** | **TAFTS CORNER ASSOCIATES**<br>**2822 St George Rd**<br>**Williston, VT 05495** |
| | List the contract number of any government contract | | |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Executory Technology** | |
|---|---|---|---|
| | State the term remaining | **7/1/2026** | **TERMLY INC.**<br>**8 The Grn**<br>**Ste B**<br>**Dover, DE 19901** |
| | List the contract number of any government contract | | |

Debtor 1  **Innovative Gardening Solutions, Inc.**                    Case number (*if known*)  **25-11184**

First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Miller Realty Grp (Milton distribution center)** | |
|---|---|---|---|
| | State the term remaining | **8/31/2027** | **The Miller Realty Group** |
| | List the contract number of any government contract | | **599 Avenue D** |
| | | | **Williston, VT 05495** |

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Executory Technology** | |
|---|---|---|---|
| | State the term remaining | **3/20/2027** | **UPS** |
| | List the contract number of any government contract | | **PO BOX 809488** |
| | | | **Chicago, IL 60680** |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **Executory Technology** | |
|---|---|---|---|
| | State the term remaining | **1/31/2026** | **ZMAGS CORP DBA FASTR** |
| | List the contract number of any government contract | | **320 Congress St** |
| | | | **Fl 5** |
| | | | **Boston, MA 02210-1250** |

**Fill in this information to identify the case:**

Debtor name __**Innovative Gardening Solutions, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF DELAWARE__

Case number (if known) __**25-11184**__

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Gardener's Home LLC** | **128 Intervale Road**<br>**Burlington, VT 05401** | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **IGH, Inc.** | **128 Intervale Road**<br>**Burlington, VT 05401** | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Innovative Gardening Solutions, Inc.** | **128 Intervale Road**<br>**Burlington, VT 05401** | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Serac Corporation** | **128 Intervale Road**<br>**Burlington, VT 05401** | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **GARDENER'S HOME, LLC** | **128 Intervale Road**<br>**Burlington, VT 05401** | **GARDENER'S HOME, LLC** | ☐ D _____<br>☐ E/F _____<br>■ G __2.16__ |

**Fill in this information to identify the case:**

Debtor name **Innovative Gardening Solutions, Inc.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) **25-11184**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **July 30, 2025**

X **/s/ David M. Baker**
Signature of individual signing on behalf of debtor

**David M. Baker**
Printed name

**Chief Restructuring Officer**
Position or relationship to debtor